UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08524
    JAMES L DOBBINS
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

          Debtor
    SSN XXX-XX-3424

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/09/06 and confirmed on 01/29/07.

    2.  The case was dismissed after confirmation, 07/17/2008.

    3.  The Debtor paid a total of $   2788.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 2021.12 | .00 | 2021.12 |
| CITIBANK NA | SECURED | .00 | .00 | .00 |
| CITIBANK NA | MORTGAGE ARRE | 983.39 | .00 | 662.52 |
| EARTHMOVER CREDIT UNION | UNSECURED | 6075.73 | .00 | .00 |
| WEST SUBURBAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1690.84 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 264.96 | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AUNT MARTHAS YOUTH SRVC | UNSECURED | NOT FILED | .00 | .00 |
| AURORA EMERGENCY ASSOCIA | UNSECURED | NOT FILED | .00 | .00 |
| AURORA PEDIATRIC CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| AURORA RADIOLOGY CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| CAMIC JOHNSON WILSON & B | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MERDITH BILLING CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| MARTHA HANNON | UNSECURED | NOT FILED | .00 | .00 |
| NORTHSHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |

```
PROVIDIAN NATIONAL BANK    UNSECURED    NOT FILED              .00            .00
QUEST DIAGNOSTICS          UNSECURED    NOT FILED              .00            .00
RUSH COPLEY MEDICAL CENT   UNSECURED    NOT FILED              .00            .00
AFNI/VERIZON               UNSECURED       703.00              .00            .00
WEST SUBURBAN BANK         UNSECURED    NOT FILED              .00            .00
ILLINOIS DEPT REVENUE      UNSECURED        77.00              .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        26.71              .00            .00
        Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   3004.51      1955.80      6882.44         .00     11842.75
PRINCIPAL PAID       2683.64          .00          .00         .00      2683.64
INTEREST PAID             .00          .00          .00         .00          .00
TOTAL PAID           2683.64          .00          .00         .00      2683.64
```

The Debtor's attorney, RUDDY MILROY & KING            , was allowed $          .00
and was paid $       .00 .

The Trustee received $     104.36 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/08/08                  /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE